Form cscnodsc − ntccsclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17−35698−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael D. Dold | Gina M. Dold |
| 2462 Gerald Court | 2462 Gerald Court |
| Atco, NJ 08004 | Atco, NJ 08004 |

Social Security No.:
xxx−xx−7901                                xxx−xx−9864

Employer's Tax I.D. No.:

---

### NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: July 27, 2023
JAN:

    Jeanne Naughton
    Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 17-35698-JNP

Michael D. Dold                                                                            Chapter 13

Gina M. Dold

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: cscnodsc | Total Noticed: 69 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Michael D. Dold, 2462 Gerald Court, Atco, NJ 08004-2816 |
| jdb | #+ | Gina M. Dold, 2462 Gerald Court, Atco, NJ 08004-2816 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |
| 517245189 | | APG Pathology, P.O. Box 786061, Philadelphia, PA 19178-6061 |
| 517245183 | + | Advocare Garden State Cardio, P.O. Box 3001, Voorhees, NJ 08043-0598 |
| 517245190 | | Arcadia Recovery Bureau LLC, RE: AtlantiCare, P.O. Box 70256, Philadelphia, PA 19176-0256 |
| 517245194 | | AtlantiCare Reg'l Med'l Ctr, P.O. Box 829600, Philadelphia, PA 19182-9600 |
| 517245193 | | AtlantiCare Reg'l Med'l Ctr, P.O. Box 786361, Philadelphia, PA 19178-6361 |
| 517245195 | | AtlantiCare Regl Med Ctr, P.O. Box 5995, Peoria, IL 61601-5995 |
| 517245191 | | Atlantic Emergency Associates, P.O. Box 88087, Chicago, IL 60680-1087 |
| 517245196 | + | C&H Collection Services, P.O. Box 1399, Merchantville, NJ 08109-0399 |
| 517245199 | + | Cardiovascular Associates of Del Valley, 120 White Horse Pike, Ste. 112, Haddon Heights, NJ 08035-1994 |
| 517245200 | + | Carisbrook Asset Holding Trust, 300 Delaware Ave., 9th Floor, Wilmington, DE 19801-1607 |
| 517245201 | + | Carisbrook/Roundpoint, 300 Delaware Ave., 9th floor, Wilmington, DE 19801-1607 |
| 517245207 | | Convergent Healthcare Recoveries, P.O. Box 6209, Dept. 0102, Kansas City, MO 64180-6209 |
| 517245208 | | Cooper University Physicians, P.O. Box 95000-4345, Philadelphia, PA 19195-4345 |
| 517245209 | | Emerg Phy Assoc Of S. Jersey, P.O. Box 740021, Cincinnati, OH 45274-0021 |
| 517245213 | + | Gloucester County EMS, P.O. Box 1016, Voorhees, NJ 08043-7016 |
| 517245219 | | Lourdes Cardiology Services, P.O. Box 824699, Philadelphia, PA 19182-4699 |
| 517245221 | | Physician Billing--PB CHOP, P.O. Box 788017, Philadelphia, PA 19178-8017 |
| 517245222 | + | Pnc Mortgage, 6 N Main St, Dayton, OH 45402-1908 |
| 517245224 | + | Roundpoint Mortgage Servicing Corp, P.O. Box 19789, Charlotte, NC 28219-9789 |
| 517245232 | + | Trystone Capital Assets LLC, 1874 Marlton Pike East #7, Cherry Hill, NJ 08003-2039 |
| 517245234 | | Virtua Health, P.O. Box 8500-8267, Philadelphia, PA 19178-8267 |
| 517245235 | | Virtua Health Voorhees, P.O. Box 8500-8267, Philadelphia, PA 19178-8267 |
| 517245236 | | Virtua Medical Group, P.O. Box 6028, Bellmawr, NJ 08099-6028 |
| 517245238 | + | Waterford Twp. Tax Collector, 2131 Auburn Avenue, Atco, NJ 08004-1995 |
| 517245240 | | Wells Fargo Dealer Services, Attn Correspondence--MAC T9017-026, P.O. Box 168048, Irving, TX 75016-8048 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 27 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 27 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

| Recipient ID | Method | Date/Time | Name/Address |
|---|---|---|---|
| 517245184 | ^ MEBN | Jul 27 2023 20:36:10 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 517245185 | ^ MEBN | Jul 27 2023 20:36:08 | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 517245187 | ^ MEBN | Jul 27 2023 20:37:35 | Apex Asset Management, RE: Virtua, P.O. Box 5407, Lancaster, PA 17606-5407 |
| 517245188 | ^ MEBN | Jul 27 2023 20:37:35 | Apex Asset Management, Re: Lourdes, P.O. Box 5407, Lancaster, PA 17606-5407 |
| 517245186 | ^ MEBN | Jul 27 2023 20:36:07 | Apex Asset Management, 2501 Oregon Pike Ste 102, Lancaster, PA 17601-4890 |
| 517245197 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 20:47:49 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517245206 | Email/Text: bankruptcy@congresscollection.com | Jul 27 2023 20:37:00 | Congress Collection, 28552 Orchard Lake Rd St, Farmington Hills, MI 48334 |
| 517245198 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 20:47:26 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517336418 | Email/PDF: bncnotices@becket-lee.com | Jul 27 2023 20:58:16 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517245204 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 20:47:37 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517245205 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 20:58:13 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 517349346 | Email/Text: BNCnotices@dcmservices.com | Jul 27 2023 20:38:00 | Emergency Physician Associate of South Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 517245211 | ^ MEBN | Jul 27 2023 20:36:59 | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517245210 | ^ MEBN | Jul 27 2023 20:37:05 | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 517245214 | + Email/Text: Bankruptcy@ICSystem.com | Jul 27 2023 20:38:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 517245215 | + Email/Text: Bankruptcy@ICSystem.com | Jul 27 2023 20:38:00 | IC System, Inc, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 517245203 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2023 20:47:37 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 517245202 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2023 20:47:20 | Chase Card Services, P.o. Box 15298, Wilmington, DE 19850 |
| 517245217 | + Email/Text: PBNCNotifications@peritusservices.com | Jul 27 2023 20:37:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517245218 | + Email/Text: PBNCNotifications@peritusservices.com | Jul 27 2023 20:37:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517340457 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2023 20:38:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 517347292 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 20:47:59 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517245220 | ^ MEBN | Jul 27 2023 20:35:47 | Penn Medicine, Patient Pay, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 517350918 | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2023 20:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

Case 17-35698-JNP    Doc 39    Filed 07/29/23    Entered 07/30/23 00:16:52    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: cscnodsc | Total Noticed: 69 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517245223 | + | Email/Text: clientservices@remexinc.com | Jul 27 2023 20:37:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517344529 | | ^ MEBN | Jul 27 2023 20:37:13 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd, Suite 200, Charlotte, NC 28217-1930 |
| 517245727 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 20:47:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517245227 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 20:47:16 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517245226 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 20:47:43 | Synchrony Bank/TJX, Po Box 965005, Orlando, FL 32896-5005 |
| 517245230 | | Email/Text: bankruptcy@td.com | Jul 27 2023 20:38:00 | TD Bank, N.A., 70 Gray Rd, Portland, ME 04105 |
| 517245231 | | Email/Text: bankruptcy@td.com | Jul 27 2023 20:38:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04243 |
| 517367475 | + | Email/Text: bncmail@w-legal.com | Jul 27 2023 20:38:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517245228 | + | Email/Text: bncmail@w-legal.com | Jul 27 2023 20:38:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 517245229 | + | Email/Text: bncmail@w-legal.com | Jul 27 2023 20:38:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 517245233 | + | Email/Text: EBankruptcy@UCFS.NET | Jul 27 2023 20:39:00 | United Consumer Financial Services, 865 Bassett Rd, Westlake, OH 44145-1194 |
| 519077168 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 27 2023 20:47:24 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 517334613 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 27 2023 20:47:54 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 517245242 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 27 2023 20:47:20 | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |
| 517245239 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 27 2023 20:58:13 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517245192 | * | Atlantic Emergency Associates, P.O. Box 88087, Chicago, IL 60680-1087 |
| 517245237 | * | Virtua Medical Group, P.O. Box 6028, Bellmawr, NJ 08099-6028 |
| 517245212 | ##+ | Genpact Services LLC, P.O. Box 1969, Southgate, MI 48195-0969 |
| 517245216 | ##+ | KML Law Group, PC, 216 Haddon Avenue, Ste 406, Collingswood, NJ 08108-2812 |
| 517245225 | ##+ | Sage Capital Recovery, 1040 Kings Hwy North, Cherry Hill, NJ 08034-1925 |
| 517245241 | ## | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 0 Undeliverable, 2 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Jul 27, 2023 | Form ID: cscnodsc | Total Noticed: 69

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2023              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Carisbrook Asset Holding Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Lee Abt | on behalf of Joint Debtor Gina M. Dold leeabt2@verizon.net  r40016@notify.bestcase.com |
| Lee Abt | on behalf of Debtor Michael D. Dold leeabt2@verizon.net  r40016@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7